## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**KELVIN LYNN DAVIS, JR.**                                                                **PETITIONER**
**ADC #601731**

**VS.**                                  **CASE NO.  5:11CV00074 SWW/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                       **RESPONDENT**

### ORDER

The Court has received the Recommended Disposition ("Recommendation") from

Magistrate Judge  Beth Deere, and has reviewed *de novo* those portions of the

Recommendation to which Mr. Davis objected.  This Court adopts the Recommendation

as its own.  Mr. Davis's Petition for Writ of Habeas Corpus (docket entry #2) is

dismissed, with prejudice.

When entering a final order adverse to a habeas corpus petitioner, the Court must

issue or deny a certificate of appealability.  Rule 11, Rules Governing Section 2254

Cases.  A certificate of appealability may issue only if a petitioner has made a substantial

showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(1)-(2).  In this case,

Mr. Davis has not provided a basis for this Court to issue a certificate of appealability.

Accordingly, a certificate of appealability is denied.

IT IS SO ORDERED, this 28th day of February, 2012.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE