**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**KELVIN LYNN DAVIS, JR.**                                                                                    **PETITIONER**
**ADC #601731**

VS.                                   CASE NO.  5:11CV00074 SWW/BD

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                        **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere, and has reviewed *de novo* those portions of the Recommendation to which Mr. Davis objected.  This Court adopts the Recommendation as its own.  Mr. Davis's Petition for Writ of Habeas Corpus (docket entry #2) is dismissed, with prejudice.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability.  Rule 11, Rules Governing Section 2254 Cases.  A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(1)-(2).  In this case, Mr. Davis has not provided a basis for this Court to issue a certificate of appealability.  Accordingly, a certificate of appealability is denied.

IT IS SO ORDERED, this 28th day of February, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE