# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**KELVIN LYNN DAVIS, JR.**                                                                              **PETITIONER**
**ADC #601731**

**VS.**                    **CASE NO.  5:11CV00074 SWW/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                                   **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, Kelvin Lynn Davis, Jr.'s 28 U.S.C. § 2254 petition for writ of habeas corpus is DISMISSED, with prejudice.

IT IS SO ORDERED this 28th day of February, 2012.

                                                    /s/Susan Webber Wright
                                                    UNITED STATES DISTRICT JUDGE